IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARBARA BARRY,** | : |
| Plaintiff, | : Civil Action No. 16-1937 |
| v. | : |
| **GE WATER & PROCESS, TECHNOLOGIES** | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance as counsel for the Plaintiff in the above-captioned matter.

Respectfully submitted,

**KOLMAN ELY, P.C.**

/s/ Wayne A. Ely
Wayne A. Ely, Esquire
414 Hulmeville Avenue
Penndel, PA 19047
(T) 215-750-3134 / (F) 215-750-3138

*Attorney for Plaintiff*

Dated: May 3, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via this Court's CM/ECF system.

                                              /s/ Wayne A. Ely
                                              Wayne A. Ely, Esquire

Dated: May 3, 2016