IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BARBARA BARRY | : CIVIL ACTION |
| | : |
| v. | : NO. 16-1937 |
| | : |
| GE WATER & PROCESS TECHNOLOGIES | : |

ORDER

AND NOW, this 27th day of June 2016, it is **ORDERED** the Motion of Stacey Bentley, Esquire (ECF Doc. No. 9) to practice in this Court under Local Rule of Civil Procedure 83.5.2(b) is **GRANTED**.

_____
KEARNEY, J.

FILED
JUN 27 2016
MICHAEL E. KUNZ, Clerk
By_____ Dep Clerk

ENTERED
JUN 28 2016
CLERK OF COURT